**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-1453-REB-KMT

DERRICK a. QUALS,

HYBRID FINANCE, LIMITED,
    an Israeli company,

and F CUBED.ca INVESTMENTS, LIMITED
    a Canadian company,

    Plaintiffs,

v.

WGC GROUP, INC.
    a Nevada company,

GEOFFREY H. LUNN,

MICHAEL SCHMIDT,

and VINCENT CURRY

    Defendants.

## ORDER GRANTING MOTION TO CORRECT CLERICAL ERRORS

**Blackburn, J.**

    The matter before me is **Defendant** [*sic*] **Hybrid Finance, Ltd.'s Motion To Correct Clerical Errors in Order Granting Plaintiff Hybrid Finance Ltd.'s Second Motion for Default Judgment [#28]** [#30][1] filed June 20, 2012.  Plaintiff points out limited but critical clerical errors in my Order granting its motion for default judgment.  The motion is well-taken and will be granted.[2]

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

[2] Plaintiff's estimable candor in pointing out the court's error in awarding it $50,000 more than requested by its motion for default judgment is noted and appreciated.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant** [*sic*] **Hybrid Finance, Ltd.'s Motion To Correct Clerical Errors in Order Granting Plaintiff Hybrid Finance Ltd.'s Second Motion for Default Judgment [#28]** [#30] filed June 20, 2012, is **GRANTED**; and

2. That the **Order Granting Plaintiff Hybrid Finance, Ltd's Second Motion for Default Judgment** [#28] filed June 6, 2012, **SHALL BE AMENDED** in the following particulars:

    a. That the final, partial, paragraph on page 2 is **AMENDED** to read: "Plaintiff thus seeks to recover the $200,000 it invested in the fraudulent scheme perpetuated by defendants";

    b. That the first sentence of footnote 4, page 3, is **AMENDED** to read: "Although plaintiff requests that pre-judgment interest run from 'October, 2010,' the evidence establishes that the $200,000 was wired to Curry on October 28, 2010";

    c. That paragraph 2, page 3, is **AMENDED** to provide: "That default judgment **SHALL ENTER** on behalf of plaintiff, Hybrid Finance Limited, an Israeli company, against defendants WGC Group Inc., a Nevada corporation, Geoffrey H. Lunn, and Vincent Curry on plaintiff's claim for relief for unjust enrichment'; and

    d. That paragraph 3, page 3, is **AMENDED** to provide: "That plaintiff is **AWARDED** damages against defendant WGC Group Inc., Geoffrey H. Lunn, and Vincent Curry, jointly and severally, in the amount of $200,000."

Dated June 25, 2012, at Denver, Colorado.

                       **BY THE COURT:**

                       */s/ Robert E. Blackburn*
                       Robert E. Blackburn
                       United States District Judge