**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01453-REB-KMT

DERRICK A. QUALS,
HYBRID FINANCE, LIMITED, a British Virgin Islands company, and
F CUBED.ca INVESTMENTS, LIMITED, a Canadian company,

    Plaintiffs,

v.

GEOFFREY H. LUNN,
MICHAELD SCHMIDT,
VINCENT CURRY, and
WGC GROUP, INC., a Nevada corporation,

    Defendants.

**ORDER GRANTING PLAINTIFF HYBRID FINANCE LTD.'S
MOTION TO AMEND CAPTION OF COMPLAINT**

**Blackburn, J.**

    The matter before me is **Plaintiff Hybrid Finance Ltd.'s Motion To Amend Caption of Complaint** [#34][1] filed July 5, 2012.  Plaintiff seeks to correct the case caption by amendment to show its true place of incorporation.  I grant the motion.

    In the original caption, plaintiff apparently was misidentified as being a British Virgin Islands corporation, which, in fact, is only "the locale of one of [its] ownership entities[.]" (**Motion** at 2.)  In fact, it is an Israeli company.  Having thus been advised of the premises, I find and conclude that the motion should be granted and the caption amended to reflect plaintiff's actual place of incorporation.  ***See Hernandez-Avila v.***

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

*Averill*, 725 F.2d 25, 28 (2nd Cir. 1984) ("[C]ourts generally will allow an amendment under Rule 15 to correct technical defects in the caption.") (quoting 5 C. Wright & A. Miller, *Federal Practice & Procedure* § 1321 at 461 (1969)) (internal quotation marks omitted).

   **THEREFORE, IT IS ORDERED** as follows:

   1. That **Plaintiff Hybrid Finance Ltd.'s Motion To Amend Caption of Complaint** [#34] filed July 5, 2012, is **GRANTED**; and

   2. That the caption of this case is **AMENDED** to reflect that plaintiff Hybrid Finance, Limited, is an Israeli company.

   Dated July 9, 2012, at Denver, Colorado.

                     **BY THE COURT:**

                     */s/ Robert E. Blackburn*
                     Robert E. Blackburn
                     United States District Judge