# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-01453-REB-KMT | FTR - Courtroom C-201 |
| **Date:** November 27, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| DERRICK A. QUALS,<br>HYBRID FINANCE, LIMITED, an Israeli company, and<br>F CUBED.ca. INVESTMENTS, LIMITED, a Canadian company,<br><br>         Plaintiffs,<br><br>v.<br><br>GEOFFREY H. LUNN,<br>MICHAEL SCHMIDT,<br>VINCENT CURRY, and<br>WGC GROUP, INC., a Nevada corporation,<br><br>         Defendants. | Thomas Edward Goodreid<br><br><br><br><br><br><br><br><br>Pro Se |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:30 p.m.**
Court calls case. Appearances of counsel. Defendant Lunn appears Pro Se. Defendants Schmidt, Curry, and WGC Group, Inc. do not appear.

Motion Hearing is called regarding Plaintiffs' Motion for Order Compelling Post-Judgment Discovery Responses [Doc. No. 47, filed October 18, 2012].

It is **ORDERED**:   Plaintiff's Motion for Order [47] is **GRANTED IN PART** as stated to the record. The motion is granted in so far as Defendant Geoffrey H. Lunn shall respond to the discovery requests propounded to both him and WGC Group, Inc. The requests propounded by Plaintiff are relevant and appropriate under Fed. R. Civ. P. 26. Defendant Lunn shall respond to the requests on or before December 4, 2012. Plaintiffs shall file a Notice with the court on or before December 5, 2012 stating whether they have received the responses.

Should Defendant Lunn fail to respond on or before December 4, an Order to Show Cause will be issued in this matter.

Other circumstances make an award of sanctions unjust at this time under Fed. R. Civ. P. 37, as Defendant Lunn has been in cooperation with other government entities and was unsure as to what he could or should produce in this matter.

**Court in Recess: 1:51 p.m.**
Hearing concluded.
Total In-Court Time    00:21

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.