**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 11-cv-01453-RM-KMT

DERRICK A. QUALS,
HYBRID FINANCE, LIMITED, a British Virgin Islands company, and
F CUBED.ca. INVESTMENTS, LIMITED, a Canadian company

    Plaintiffs,

v.

GEOFFREY H. LUNN,
MICHAEL SCHMIDT,
VINCENT CURRY, and
WGC GROUP, INC., a Nevada corporation,

    Defendants.

## ORDER DISMISSING COMPLAINT AND DIRECTING CLERK TO CLOSE CASE

IT IS ORDERED that:

1. Plaintiffs' Motion to Dismiss Complaint Against Defendant Michael Schmidt is GRANTED.

2. It is furthered ORDERED that since default judgment has already been entered against all other Defendants in this action, the Clerk of the Court is directed to close this case.

Dated this 17th day of May, 2013.

                BY THE COURT:

                Raymond P. Moore
                United States District Judge